IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 CV 278

| | |
|---|---|
| MICHAEL A. BROOKSHIRE, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| BUNCOMBE COUNTY, NORTH ) | |
| CAROLINA, JON CREIGHTON, ) | |
| Individually and in his official capacity, ) | |
| ROBERT THORNBERRY, Individually and ) | |
| in his official capacity, ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the Court pursuant to a notice (#41) filed by counsel for plaintiff advising that the above entitled matter has been compromised and settled. In the Notice of Settlement counsel for plaintiff has advised "the parties anticipate being able to file a Stipulation of Dismissal with Prejudice within thirty (30) days". Based upon such notice of settlement the undersigned will enter an order continuing the trial of this matter from the February 13, 2012 session to the April 16, 2012 session of court which is to be held in the United States Courthouse in Bryson City, North Carolina. This adjustment of the trial schedule should give counsel for the parties sufficient time to file the Stipulation of Dismissal in this matter. If the Stipulation of Dismissal is not filed then this matter will be the first case for trial on the April 16, 2012 calendar in Bryson City, North Carolina.

Signed: February 1, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge